UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERYL A. MONTOYA

v.                                              CASE NO. 3:13CV 131 (JCH)

CONNECTICUT HOME HEALTH SERVICES, LLC
SPINELLA & ASSOCIATES, P.C.

PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 37(a)(3), plaintiff moves to compel defendant Connecticut Home Health Services to provide mandatory Initial Disclosures pursuant to Fed. R. Civ. P. 26. Rule 26(a) Initial Disclosures are to be made at the outset of the case, before discovery starts, to reduce the need for subsequent discovery and guide the parties' decisions on what discovery efforts should be made during the discovery period. Defendant has failed to provide the initial disclosures despite reminders.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner __
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on June 22, 2013, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net